# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:18-CV-1891-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| PUBLIC DEFENDERS OFFICE OF PLACER COUNTY, et al., | |
| Defendants. | |

_____/

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff has not filed a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local

1

1  Rule 110.

2          Pursuant to Eastern District of California Local Rules, this case was not assigned

3  to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

4  jurisdiction and the court now finds that assignment of a District Judge is necessary to properly

5  address the case.

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.      Plaintiff shall submit on the form provided by the Clerk of the Court,

8  within 30 days from the date of this order, a complete application for leave to proceed in forma

9  pauperis, with the required certified copy of his trust account statement, or the appropriate filing

10  fee;

11          2.      The Clerk of the Court is directed to send plaintiff a new form Application

12  to Proceed In Forma Pauperis By a Prisoner; and

13          3.      The Clerk of the Court is directed to randomly assign a District Judge and

14  to update the docket to reflect the new case number.

15

16

17   DATED:  July 11, 2018

18                                                      _____

19                                                      **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26